**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

FRATERNAL ORDER OF POLICE, FORT : No. 129 WAL 2019
PITT LODGE NO. 1, :
:
                Petitioner : Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
      v. :
:
:
CITY OF PITTSBURGH, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.